**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-1332-REB-OES

DR. WILLIAM ZITTERKOPF,

     Plaintiff,

v.

CHEYENNE COUNTY SCHOOL DISTRICT RE-5,
BOARD OF EDUCATION, CHEYENNE COUNTY SCHOOL DISTRICT RE-5,
MONICA WENDT, in her individual capacity, and
FLOYD BEARD, in his individual capacity,

     Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The parties have filed a **Stipulation for Dismissal With Prejudice** [#31], on July 25, 2005. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#31], on July 25, 2005, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs.

Dated this 15th day of July, 2005, at Denver, Colorado.

                                              BY THE COURT:

                                              s/Robert E. Blackburn
                                              Robert E. Blackburn
                                              United States District Judge